IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| IN RE: | * | |
| AMR ELRAHIMY | * | Case No. 23-11097-LSS<br>Chapter 7 |
| Debtor | * | |
| IN RE: | * | |
| OPTIMUM CONSTRUCTION, INC. | * | Case No. 23-11027-LSS<br>Chapter 7 |
| Debtor | * | |
| STEVEN GREENFELD, Chapter 7 Trustee, | * | |
| Plaintiff, | * | Adv. Proc. No. 24-00046 |
| v. | * | |
| MOHAMMAD RAOUF ELRAHIMY, | * | |
| Defendant | * | |

## **ANSWER**

COMES NOW, Mohammad Raouf Elrahimy ("Defendant"), by and through counsel, Marc E. Shach, Esq., and Coon & Cole, LLC, and files his Answer to the Complaint for Recovery of Transfers, and in support thereof, states as follows:

1. Paragraph 1 of the Complaint is Admitted.

2. Paragraph 2 of the Complaint is Admitted.

3. Paragraph 3 of the Complaint is Admitted.

4. Paragraph 4 of the Complaint is Admitted.

5. Paragraph 5 of the Complaint is Denied.

6. Paragraph 6 of the Complaint is Denied.

7. Paragraph 7 of the Complaint is Denied.

8. Paragraph 8 of the Complaint is Denied.

9. Paragraph 9 of the Complaint is Denied.

10. Paragraph 10 of the Complaint is Denied.

11. Paragraph 11 of the Complaint is Denied.

12. Paragraph 12 of the Complaint is Admitted.

13. Paragraph 13 of the Complaint is Denied.

14. Paragraph 14 does not require an answer.

15. Paragraph 15 of the Complaint is Denied.

16. Paragraph 16 does not require an answer.

17. Paragraph 17 of the Complaint is Denied.

18. Paragraph 18 of the Complaint is Denied.

19. Paragraph 19 of the Complaint is Denied.

20. Paragraph 20 of the Complaint is Denied.

21. Paragraph 21 does not require an answer.

22. Paragraph 22 of the Complaint is Admitted.

23. Paragraph 23 of the Complaint is Denied.

24. Paragraph 24 does not require an answer.

25. Paragraph 25 of the Complaint is Admitted.

26. Paragraph 26 of the Complaint is Denied[1].

44. Paragraph 44 does not require an answer.

45. Paragraph 45 of the Complaint is Admitted.

---

[1] There does not appear to be paragraphs 27-43 in the Complaint. The Complaint also fails to contain a Count IV.

46. Paragraph 46 of the Complaint is Denied.

47. Paragraph 47 does not require an answer.

48. Paragraph 48 of the Complaint is Admitted.

49. Paragraph 49 of the Complaint is Denied.

50. Paragraph 50 does not require an answer.

51. Paragraph 51 of the Complaint is Denied.

52. Paragraph 52 of the Complaint is Denied.

53. Paragraph 53 of the Complaint is Admitted.

54. Paragraph 54 of the Complaint is Denied.

Respectfully submitted,

Dated: April 14th, 2025

/s/ Marc E. Shach
Marc E. Shach (Bar #06788)
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093
Phone: 410-630-4428
mes@cooncolelaw.com
*Attorney for Mohammad Raouf Elrahimy*

<u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that, on this 14th day of April, 2025, that the foregoing Answer was served by electronic mail pursuant to the CM/ECF system, upon the following:

Justin Philip Fasano
McNamee Hosea, P.A.
6404 Ivy Lane
Ste 820
Greenbelt, MD 22070
jfasano@mhlawyers.com
*Attorney for Chapter 7 Trustee*

              /s/ Marc E. Shach
              Marc E. Shach