United States Bankruptcy Court
District of Maryland

Greenfeld, Chapter 7 Trustee,
Plaintiff

Adv. Proc. No. 25-00046-LSS

Elrahimy,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-0 User: admin Page 1 of 1
Date Rcvd: Aug 20, 2026 Form ID: pdfall Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Mohammad Raouf Elrahimy, 23909 CLARKSBURG RD, Clarksburg, MD 20871 |
| pla | + | Steven Greenfeld, Chapter 7 Trustee, 325 Ellington Boulevard, Box 610, Gaithersburg, MD 20878-4591 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Justin Philip Fasano | jfasano@mhlawyers.com<br>jfasano@ecf.courtdrive.com,tmackey@mhlawyers.com,mevans@mhlawyers.com,cmartin@mhlawyers.com,Fasano.JustinR92003@notify.bestcase.com |
| Marc E. Shach | mes@cooncolelaw.com<br>mes@cooncolelaw.com,ccc@cooncolelaw.com,dhc@cooncolelaw.com,zjac@cooncolelaw.com,cmh@cooncolelaw.com,grg@cooncolelaw.com,abh@cooncolelaw.com |

TOTAL: 2

Entered: August 20th, 2026
Signed: August 19th, 2026

**SO ORDERED**

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND at Greenbelt**

---

In re: Optimum Construction, Inc. Case No.: 23-11027– LSS Chapter: **7** Adversary No.: 25-00046

Optimum Construction, Inc.
Debtor

Steven Greenfeld, Chapter 7 Trustee
Plaintiff

vs.

Mohammad Raouf Elrahimy
Defendant

---

## SCHEDULING ORDER

For good cause appearing, IT IS ORDERED

1. The parties shall comply with the initial disclosure requirements of Fed.R.Civ.P 26(a).

**2.** Expert witnesses and reports are to be disclosed and furnished by August 30, 2026.

**3.** Counter–designation of expert witness and reports are to be disclosed and furnished by September 15, 2026**.**

4. Discovery is to be completed by October 15, 2026**.**

5. Dispositive motions by any party are to be filed by November 30, 2026**.**

6. The parties should consult Judge Simpson's Hearing Protocols for in person hearings located on the United States Bankruptcy Court for the District of Maryland website or Click here for the link to protocol page.. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016–1(c), and copies exchanged with opposing counsel by February 15, 2027**.** The parties must also file any portion of a deposition that will be offered by a party in its case in chief, and must identify the witness, date, line numbers and pages of the deposition, and provide a copy of same. Any other party must make a counter–designation as under Rule 32(a)(4)Fed.R.Viv.P. by March 1, 2027**.**

**IF EXHIBITS ARE NOT PRE–FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE.**

6. The deadline to object to exhibits and list of witnesses is March 10, 2027**.** Exhibits not objected to in writing will be admitted if offered. Witnesses not objected to in writing will be allowed to testify if called.

**7.** All parties must file pre–trial statements in conformity with Local Bankruptcy Rule 7016–1(b) by March 10, 2027.

8. A final pre–trial conference will be held on March 31, 2027 at 10:00 a.m. via Video Conference. Please visit

www.mdb.uscourts.gov/hearings (see Honorable Lori S. Simpson/Video Conference Hearing Protocol/Morning Docket) to register and generate Zoom link for hearing participation.

9. Trial time estimate 1 ½ DAYS**.**

10. TRIAL IS SET FOR APRIL 14 & 15, 2027 at 10:00 a.m. IN COURTROOM 3E, USBC, 6500 CHERRYWOOD LANE, GREENBELT, MD 20770.

11. Copies of all pleadings are to be served on the Office of the U.S. Trustee at 6305 Ivy Lane, Greenbelt, Maryland 20770.

cc: All parties in interest −

**End of Order**

33x01 (rev. 02/23/2005) − gbellman

ATTACHMENT TO THE SCHEDULING ORDER

INSTRUCTIONS FOR PRETRIAL MEMORANDA

A. Each plaintiff shall set out a brief statement of facts to be proven in support of plaintiff's claims and a separate statement of the legal theories supporting each claim.

B. Each defendant shall set out a brief statement of facts to be proven as a defense to each claim and a separate statement of the legal theories in support of each affirmative defense.

The following items must be supplied by all parties:

1. Where applicable, similar statements shall be filed with respect to a counter−claim, cross claim or third−party claim and defense thereto.

2. All parties must file a statement of claims and defenses no longer prosecuted.

3. Stipulations of fact by the parties are encouraged to shorten trial time and to obviate the necessity of calling witnesses solely for the purposes of authentication of undisputed facts.

4. Damages claimed must be stated in detail as of the date of the pre−trial memorandum and, if applicable, a precise statement of any other relief sought.

5. List separately each document or other exhibit that may be offered in evidence other than those expected to be used solely for impeachment.

6. List the name of each witness expected to be called on the party's behalf, other than a witness who may be called solely for impeachment purposes. Give address and telephone number of each witness listed.

7. List the name and area of expertise of each expert that the party proposes to call as a witness.

8. If any portion of a deposition will be offered by a party in its case in chief, identify the date, line numbers and pages of the deposition. Any other party must make a counter−designation as under Rule 32(a)(4) Fed.R.Civ.P.