**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>AMR ELRAHIMY,<br><br>*Debtor*. | Case No. 23-11097-LSS<br>Chapter 7 |
| In re:<br><br>OPTIMUM CONSTRUCTION, INC.,<br><br>*Debtor*. | Case No. 23-11027-LSS<br>Chapter 7 |
| STEVEN GREENFELD, CHAPTER 7 TRUSTEE,<br><br>*Plaintiff*,<br><br>vs.<br><br>MOHAMMAD RAOUF ELRAHIMY,<br><br>*Defendant*. | Adv. Proc. No. 25-00046-LSS |

**NOTICE OF OPPORTUNITY TO OBJECT TO**
**MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT**
**BETWEEN THE TRUSTEE AND MOHAMMAD RAOUF ELRAHIMY**

PLEASE TAKE NOTICE THAT Steven Greenfeld, in his capacity as the Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Amr Elrahimy and Optimum Construction, Inc., by undersigned counsel, McNamee Hosea, P.A., has filed his *Motion for Approval of Compromise and Settlement between the Trustee and Mohammad Raouf Elrahimy* pursuant to Fed. R. Bankr. P. 9019 (the "Motion"), seeking to approve the settlement agreement (the "Agreement") between the Trustee and the defendant Mohammad Raouf Elrahimy (the "Defendant"). In the Motion, the Trustee seeks approval of the following settlement of claims made pursuant to 11 U.S.C. § 544 and Md. Comm. Law Code §§ 15-204 to 207.

The Agreement shall be not be binding on the Trustee until the entry of a final and non-appealable order of the Bankruptcy Court approving the terms and conditions of the Agreement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Final Order"). In the

event that the Bankruptcy Court denies approval of any Agreement, then the Agreement shall be null and void. Nothing contained herein shall require any Party to appeal disapproval of any Agreement. Upon the Trustee's receipt of the full Settlement Amount and confirmation of cleared funds, the Trustee shall release all claims the estate may have against the Defendant, subject to the terms of the Agreement.

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one.)

This Motion is subject to the approval of the Court after notice to all creditors entitled to such notice. Movant believes that the Agreement on the terms stated herein is fair and reasonable and is in the best interests of the estate and should be approved. A copy of the Motion will be mailed to any party who requests one from the undersigned.

**PLEASE TAKE NOTICE THAT WITHIN 21 DAYS AFTER THE DATE OF THIS NOTICE, YOU MUST SERVE A WRITTEN OBJECTION TO THE MOTION IF YOU INTEND TO OBJECT TO THE COMPROMISE**, TOGETHER WITH THE PROPOSED ORDER REQUIRED BY LOCAL BANKRUPTCY RULES. ANY OBJECTION AND PROPOSED ORDER MUST BE FILED WITH THE CLERK, U.S. BANKRUPTCY COURT, SUITE 300, U.S. COURTHOUSE, 6500 CHERRYWOOD LANE, GREENBELT, MARYLAND 20770, AND SERVED BY DELIVERY OR BY MAILING A COPY TO THE UNDERSIGNED. THE OBJECTION MUST CONTAIN A COMPLETE SPECIFICATION OF THE FACTUAL AND LEGAL GROUNDS UPON WHICH IT IS BASED. YOU MAY APPEND AFFIDAVITS AND DOCUMENTS IN SUPPORT OF YOUR OBJECTION.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. THE COURT MAY GRANT THE MOTION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL. PARTIES IN INTEREST MAY CONTACT THE UNDERSIGNED WITH QUESTIONS.

You or your lawyer must also mail a written response to:

Justin P. Fasano, Esq.
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.
IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION WITHOUT A HEARING.

Dated: September 15, 2026

Respectfully Submitted,

*/s/ Justin P. Fasano*
Justin P. Fasano (#28659)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420
jfasano@mhlawyers.com
*Counsel to the Trustee*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 15, 2026, a true and correct copy of the foregoing has been served by first class mail, postage prepaid, to the following:

Office of the United States Trustee
6305 Ivy Lane, Suite 600
Greenbelt MD 20770

Marc E. Shach
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093
Phone: 410-630-4428
mes@cooncolelaw.com
*Counsel to Mohammad Raouf Elrahimy*

and the parties on the attached mailing matrix.

*/s/ Justin P. Fasano*
Justin P. Fasano