**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>AMR ELRAHIMY,<br><br>*Debtor*. | Case No. 23-11097-LSS<br>Chapter 7 |
| In re:<br><br>OPTIMUM CONSTRUCTION, INC.,<br><br>*Debtor*. | Case No. 23-11027-LSS<br>Chapter 7 |
| STEVEN GREENFELD, CHAPTER 7 TRUSTEE,<br><br>*Plaintiff*,<br><br>vs.<br><br>MOHAMMAD RAOUF ELRAHIMY,<br><br>*Defendant*. | Adv. Proc. No. 25-00046-LSS |

**ORDER GRANTING MOTION**
**APPROVING COMPROMISE AND SETTLEMENT**

Before the Court is the *Motion for Approval of Compromise and Settlement between the Trustee and Mohammad Raouf Elrahimy* (the "Motion") pursuant to Fed. R. Bankr. P. 9019 filed

by Steven Greenfeld, Chapter 7 Trustee (the "Trustee") of the bankruptcy estates of Amr Elrahimy and Optimum Construction, Inc. (the "Debtors"), seeking approval of a settlement agreement (the "Agreement") with the defendant Mohammad Raouf Elrahimy (the "Defendant"). It appears to the Court that the Motion was served on all necessary parties, and that good cause exists to grant the Motion and, accordingly, it is by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that the Parties are hereby authorized and directed to take any and all necessary actions to implement the Settlement.

**END OF ORDER**

Copies to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

Marc E. Shach
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093
Phone: 410-630-4428
mes@cooncolelaw.com
*Counsel to Mohammad Raouf Elrahimy*